IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roberson et al. | |
| Plaintiff, | CASE NO. 15-cv-10349 |
| vs. | Judge Weisman |
| Palm USA, Inc. d/b/a City Sports | On Consent |
| Defendant. | |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice ("Joint Motion"). Having reviewed the Parties' Joint Motion, the Parties' Oral Motion for Collective Certification for Settlement Purposes, the Parties' Settlement Agreement, and the information provided in open Court it appears to the Court that due cause exists to grant the Joint Motion, to approve the Settlement Agreement, and to dismiss the case without prejudice with the Court to retain jurisdiction through May 29 2017, to enforce the terms of the Settlement Agreement, and to convert such dismissal to a dismissal with prejudice within 45 days following entry of this Order if no objection is filed prior to such date. Therefore, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that (1) the Settlement Agreement is **APPROVED** by the Court as fair and reasonable under the facts and circumstances presented, (2) the Collective Class is certified for the purpose of Settlement, (3) this case is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorneys' fees except as otherwise agreed, and (4) the dismissal without prejudice contemplated herein will automatically

convert to a **DISMISSAL WITH PREJUDICE** on May 29, 2017 if no objection to such dismissal with prejudice is filed with the Court before such date. This Court will retain jurisdiction through May 29, 2017, to enforce the terms of the Settlement Agreement. This case is closed.

Dated:
April 20, 2017

_____
Honorable David Weisman